El Pueblo de Puerto Rico, demandante y apelado, *v.* Andrés Soto Figueroa, acusado y apelante.

Núm. 9800.—*Sometido:* Marzo 4, 1943. *Resuelto:* Marzo 23, 1943.

*Adolfo García Veve* y *Pedro Pérez Pimentel,* abogados del apelante; *R. A. Gómez, Fiscal del Tribunal Supremo* y *Luis Negrón Fernández, Fiscal Auxiliar,* abogados de El Pueblo, apelado.

El Juez Asociado Señor Travieso emitió la opinión del tribunal.

El fiscal de Humacao formuló una acusación contra el apelante imputándole que el 15 de mayo de 1937 "ilegal y voluntariamente portaba sobre su persona un revólver, arma con la cual puede causarse daño corporal, y con disparos de la cüal dió muerte a José Dones". Sometido el caso por la prueba practicada en el caso de homicidio, la Corte de Distrito de Humacao le declaró culpable del delito de portar armas y le impuso seis meses de cárcel.

En el presente recurso interpuesto por el acusado se señala como único error de la corte inferior el de haber dictado una sentencia que a juicio del apelante es contraria a la prueba y a la ley.

La contención del apelante es que de acuerdo con la prueba, los hechos relacionados con la muerte de Dones ocurrieron en el batey de una casa radicada en una finca propiedad de Encarnación Millán; que en la fecha del suceso, el acusado ocupaba dicha casa en calidad de arrendatario; que el camino que hay frente al batey de la casa es un ca-

'mino privado que atraviesa la finca, y que no se presentó prueba de cargo alguna que sostenga que el acusado portara el revólver en dicho camino.

Hemos examinado la evidencia y encontramos que es en verdad insuficiente. Ninguno de los testigos de cargo declaró categóricamente que el acusado estuviese en el camino portando el arma antes o en el momento de hacer uso de ella. Declaró uno que vió al acusado frente a su casa colindante con el camino vecinal; otro, que se encontraba entre el camino y el batey de su casa; otro, que se encontraba cerca de un espeque frente a su casa; y el último, que estaba a orilla del camino. La prueba del acusado tendió a demostrar que el arma fué usada por el acusado frente a su propia casa, en el batey, en defensa propia al ser atacado con un machete por José Dones.

Siendo la prueba como lo es a nuestro juicio insuficiente para sostener la acusación, *procede revocar la sentencia recurrida y decretar la absolución del acusado.*

El Juez Asociado Sr. De Jesús no intervino.